

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2017

No. 04-17-00237-CV

**IN THE INTEREST OF G.S., A CHILD**,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00112
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

Appellant attempts to appeal from a final order terminating her parental rights. An appeal from such an order is accelerated. *See* TEX. FAM. CODE ANN. § 263.405(a). The trial court signed the order of termination on February 28, 2017. Because this is an accelerated appeal, the notice of appeal was due on March 20, 2017. *See* TEX. R. APP. P. 26.1(b); *In re K.A.F.*, 160 S.W.3d 923, 928 (Tex. 2005). Although appellant filed a timely motion for new trial, this motion does not extend the appellate deadline. *In re K.A.F.*, 160 S.W.3d at 928.

It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 26.1(b); *In re K.A.F.*, 160 S.W.3d 923, 928 (Tex. 2005). If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

All other appellate deadlines are suspended until further order of this court.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2017.

_____
Keith E. Hottle
Clerk of Court